IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

THOMAS LOWELL KETCHUM, JR.,
                Petitioner,

v.                                  **Judgment in a Civil Case**

U.S.A.; SARA M. REVELL,
                      Respondents.        Case Number: 5:11-HC-2228-FL

**Decision by Court.**

This action came before the Honorable Louise Wood Flanagan, United States District Judge, for an initial review under 28 U.S.C. § 2243).

**IT IS ORDERED AND ADJUDGED** that this action is hereby dismissed without prejudice.

This Judgment Filed and Entered on August 22, 2012, with service on:
Thomas Lowell Ketchum, Jr.  11404-042, Lafayette County Detention Center, 711 Jackson Ave. East, Oxford, MS 38655  (via U.S. Mail)

August 22, 2012                        /s/ Julie A. Richards
                                          Clerk